E-FILED 07/12/12

JS-6 lc

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IMPROV WEST ASSOCIATES, a California limited partnership, and CALIFORNIA COMEDY, INC., a California corporation,<br><br>    Petitioners,<br><br>    v.<br><br>COMEDY CLUB, INC., a Louisiana corporation, and AL COPELAND INVESTMENTS, INC., a Louisiana corporation,<br><br>    Respondents.<br><br>COMEDY CLUB, INC, and AL COPELAND INVESTMENTS, INC.,<br><br>    Cross-Petitioners,<br><br>    v.<br><br>IMPROV WEST ASSOCIATES and CALIFORNIA COMEDY, INC.<br><br>    Cross-Respondents. | Case No. CV 12-03219 PSG (SHx)<br><br>[~~Proposed~~] **FINAL JUDGMENT** |

In accordance with the *Stipulation Of All Parties To Entry Of The March 16, 2012 Award Upon Settlement – Consent Award* as a judgment in this action, and good cause having been shown, the Court hereby confirms the *Award Upon Settlement – Consent Award* pursuant to 9 U.S.C. § 9 and **ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:**

1. The "additional rights" granted to Respondents/Cross-Petitioners Al Copeland Investments, Inc. and Comedy Club, Inc. under the *Amendment To Trademark License Agreement* ("**Amendment**") dated October 19, 1999 have terminated and reverted to Petitioner/Cross-Respondent Improv West Associates.

2. Respondents/Cross-Petitioners Al Copeland Investments, Inc. and Comedy Club, Inc. and their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation therewith, are enjoined from exercising those additional rights granted under the *Amendment*.

3. Respondents/Cross-Petitioners Al Copeland Investments, Inc. and Comedy Club, Inc. have the right to use the trademarks "IMPROV" and "IMPROVISATION" (the "**Trademarks**") on the Internet solely for the purpose of advertising, marketing, and promoting their own "Improv"-branded comedy clubs.

4. Respondents/Cross-Petitioners Al Copeland Investments, Inc. and Comedy Club, Inc. have the right to exploit the Trademarks on the Internet for the purpose of advertising, marketing, and promoting any other "Improv"-branded comedy clubs until further notice from Petitioner Improv West Associates.

5. Except as provided in Paragraphs 3 and 4, above, Respondents/Cross-Petitioners Al Copeland Investments, Inc. and Comedy Club, Inc. have the right to exploit the Trademarks on the Internet only as may hereafter be agreed in writing between Petitioner/Cross-Respondent Improv West Associates and Respondents/Cross-Petitioners Al Copeland Investments, Inc. and Comedy Club, Inc.

6. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 07/12/12

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
United States District Court